# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01457-REB-CBS

AMERICAN AUTOMOBILE ASSOCIATION,

    Plaintiff,

v.

WILLIAM C. CLAYTON, JR.,
d/b/a AAA All County Bail Bonds,

    Defendant.

---

## ORDER FOR CONSENT JUDGMENT

---

**Blackburn, J.**

The matter is before the court on the **Unopposed Motion For Entry Of Consent Judgment** [#8] filed September 3, 2009.

WHEREAS, the American Automobile Association ("AAA") has brought an action in this Court against Defendant William C. Clayton, Jr., alleging violations of the Federal Trademark Act ("Lanham Act"), 15 U.S.C. §§ 1114 and 1125, and Colorado state law;

WHEREAS, the Court has jurisdiction over this civil action by virtue of 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, 1367;

WHEREAS, William C. Clayton, Jr., was properly served with both a Summons and the Complaint on July 14, 2009;

WHEREAS, AAA alleges that William C. Clayton, Jr., through his use of AAA's trademarks in connection with his business, infringed on AAA's trademarks;

WHEREAS, AAA and William C. Clayton, Jr., have entered into a Settlement Agreement and Release to resolve all controversies and disputes between them existing as of this date; and

WHEREAS, AAA agrees to dismiss *without prejudice* its claims for damages against William C. Clayton, Jr.;

NOW THEREFORE, William C. Clayton, Jr., consents and agrees that this Court enter a judgment permanently enjoining him from any further unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them.

The Court does hereby, on the consent of the parties, declare that a permanent injunction shall issue herein as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED:**

1. That the **Unopposed Motion For Entry Of Consent Judgment** [#8] filed September 3, 2009, is granted;

2. That William C. Clayton, Jr. (and all individuals, agents, attorneys, representatives, business entities, and other persons in active concert with any of the named parties who receive notice hereof), is hereby permanently enjoined from any unauthorized use of AAA's trademarks or of any marks confusingly similar to any of them, except as expressly provided otherwise in the Settlement Agreement and Release;

3. That each and every claim for damages, penalties, costs and attorney fees by AAA against William C. Clayton, Jr., other than the permanent injunction granted herein, is hereby dismissed *without prejudice*, except as expressly provided otherwise by the Settlement Agreement and Release and except for such damages, penalties, costs, and/or attorneys fees which might result from any violations by William C. Clayton, Jr., of this Consent Judgment;

4. That William C. Clayton, Jr., is required to file with this Court and serve on AAA by October 15, 2009, a report setting forth in detail the manner in which he has complied with the parties' Settlement Agreement and Release and this Consent Judgment;

5. That judgment shall enter accordingly; and

6. That this case shall be closed, except that this Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and Release and Consent Judgment.

ENTERED September 3, 2009.

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

BY CONSENT OF PLAINTIFF:　　　BY CONSENT OF DEFENDANT:

*s/Elizabeth H. Getches*　　　　　*s/Leonard Berenato*

_____　_____
William F. Jones (#35294)　　　　Leonard Berenato (#13693)
Elizabeth H. Getches (#34898)　　1626 Washington Street
Moye White LLP　　　　　　　　　　Denver, CO  80203-1407
16 Market Square, Sixth Floor　　Telephone:  (303) 831-1669
1400-Sixteenth Street　　　　　　FAX:  (303) 832-4515
Denver, CO 80202　　　　　　　　　Email:  lberenato@qwest.com
Telephone:  (303) 292-2900
Facsimile:  (303) 292-4510
Email: billy.jones@moyewhite.com
　　　 liza.getches@moyewhite.com


Of Counsel:

Richard W. Smith
Joshua David Rogaczewski
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005

- 4 -

Telephone: 202.756.8000
Facsimile: 202.756.8087